❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. 23-1801M(NJ) |
| Timing Advance "True Call" area search for all records and | ) |
| unique device/user identifiers pertaining to Timing Advance | ) |
| location information during the dates, times, and geographical | ) |
| boundaries listed in Attachment A | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 10/18/2023_____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Nancy Joseph _____.
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*  ❏ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/4/2023 @ 4:46 _____
p.m.

*Judge's signature*

City and state:   Milwaukee, WI _____

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to a Timing Advance "True Call" area search for all records and unique device/user identifiers pertaining to Timing Advance location information during the following listed dates, times, and geographical boundaries (*distance from the GPS points*):

**Location #1**

GPS Coordinates: 43.07650, -87.93080      Radius:  0.35 Miles
Date: July 7, 2023      Time: 9:55 PM – 10:25 PM (CST)

**Location #2**

GPS Coordinates: 43.06245, -87.88592      Radius:  0.35 Miles
Date: August 04, 2023      Time: 7:05 PM – 7:35 PM (CST)

**Location #3**

GPS Coordinates: 43.07195, -87.95374      Radius:  0.35 Miles
Date: August 04, 2023      Time: 7:55 PM – 8:35 PM (CST)

**Location #4**

GPS Coordinates: 43.050541, -87.89445      Radius:  0.35 Miles
Date: August 05, 2023      Time: 9:00 PM – 9:30 PM (CST)

**Location #5**

GPS Coordinates: 43.07323, -87.88349      Radius:  0.35 Miles
Date: August 5, 2023      Time: 9:30 PM – 10:00 PM (CST)

**Location #6**

GPS Coordinates: 43.09556, -87.96732      Radius:  0.35 Miles
Date: August 7, 2023      Time: 2:10 PM – 2:40 PM (CST)

**Location #7**

GPS Coordinates: 43.04206, -87.90102    Radius: 0.35 Miles
Date: August 9, 2023    Time: 5:40 pm – 6:10 pm (CST)

**Location #8**

GPS Coordinates: 43.06800, -87.98010    Radius: 0.35 Miles
Date: August 10, 2023    Time: 3:15 PM – 3:45 PM (CST)

**Location #9**

GPS Coordinates: 43.06182, -87.97967    Radius: 0.35 Miles
Date: August 20, 2023    Time: 2:10 PM – 2:40 PM (CST)

**Location #10**

GPS Coordinates: 43.05497, -87.98670    Radius: 0.35 Miles
Date: August 24, 2023    Time: 7:35 PM – 8:05 PM (CST)

**Location #11**

GPS Coordinates: 43.06288, -87.98069    Radius: 0.35 Miles
Date: August 25, 2023    Time: 12:00 PM – 12:30 PM (CST)

**Location #12**

GPS Coordinates: 43.03838, -87.93888    Radius: 0.35 Miles
Date: August 20, 2023    Time: 4:00 PM – 4:30 PM (CST)

Case 2:23-mj-01801-NJ   Filed 10/04/23   Page 4 of 32   Document 1

**Items and Information to Be Seized and Searched**

All information that constitutes evidence of violations of 18 U.S.C. §§ 1951(a) and 924(c) committed on\between July 7, 2023, and August 31, 2023, involving multiple unknown individuals, including location information, and identifying information as specified below.

1. T-Mobile/US Cellular/AT&T/Verizon shall provide responsive data for each search area described in Attachment A, and are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made and all cellular device interactions with the network that have generated location information that falls within the defined search area during the corresponding timeframe(s) listed in Attachment A, including records that identify:

   a. The unique identifiers for each wireless device that generated a Timing Advance "true call" record within the search area for each location, including International Mobile Subscriber Identifiers ("IMSI", International Mobile Equipment ("IMEI"), and the make and model of the device;

   b. The starting and ending date/time of the connection along with the duration;

   c. For each communication with the network, the tower and the sector(s) (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device for both starting and ending points of the communication;

   d. The service type for the communication; and;

   e. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of

3

the communication contained within the Timing Advance "True Call" records.

2. These records should include records about communications and cellular device interactions with the network that were initiated before or terminated after the timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

3. It is anticipated that identifying information will be requested for devices whose characteristics meet any of the following criteria:

   a. Devices whose cellular network records; including distance from the tower and/or network derived latitude and longitude; are consistent with the facts of the investigation and would not solely reflect a device passing through.

4. However, it is noted that no subscriber information outside the initial search criteria is authorized by this warrant and additional legal process will be submitted.

4

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Timing Advance "True Call" area search for all records and unique<br>device/user identifiers pertaining to Timing Advance location information<br>during the dates, times, and geographical boundaries listed in Attachment<br>A | )<br>)<br>)<br>)<br>)<br>)  Case No. 23-1801M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951(a) & 924(c) | Hobbs Robbery Act, and Brandishing a Firearm during a Crime of Violence. |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Heather Wright, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: 10/4/2023

_____
Judge's signature

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Heather Wright, being first duly sworn on oath, on information, and belief state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for records and information associated with certain cellular towers ("cell towers") and records generated by the cellular networks that are in the possession, custody, and/or control of T-Mobile, a cellular service provider headquartered at 4 Sylvan way, Parsippany, New Jersey 07054; US Cellular, a cellular service provider headquartered at 8410 W. Bryn Mawr Ave, Chicago, IL; AT&T, a cellular service provider headquartered at 11760 U.S. Highway 1, Suite 300, North Palm Beach, FL 33408; and Verizon, a cellular service provider headquartered at 180 Washington Valley Road, Bedminster, NJ 07921. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under Title 18 U.S.C. §2703(c)(1)(A) to require T-Mobile/US cellular/AT&T/Verizon to disclose to the government copies of the information further described in Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July of 2010. Since August of 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, as defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs

1

of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3. This affidavit is based on my training, experience, personal knowledge, and observations in this investigation; upon my discussions with other law enforcement officers and agents involved in this investigation; and, upon my review of official reports submitted in relation to this investigation.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence, have been committed by multiple unknown individuals. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

6. On July 7, 2023, at **10:09 pm**, Milwaukee Police Department (MPD) officers responded to a shooting at 3166 N. 16th Street, Milwaukee, Wisconsin. At approximately 11:10 pm, MPD Detectives responded to Children's Hospital to speak with the shooting victim, hereinafter, M.S., who suffered from a gunshot wound to the right forearm as well as a graze wound to his right side. Upon arrival, M.S. stated to police that he was at the address of **3162 N. 16th Street (Location #1)**, which was associated to "friends and family." M.S. stated that he was hanging out in a bedroom of the home with several others including his sister and his girlfriend.

2

M.S. stated that his sister is approximately 21 years old. M.S. stated that shortly before being shot, he heard what he thought were fireworks outside, however, he soon realized that they were gunshots once the window of the bedroom shattered and bullets began entering the room. M.S. stated that everyone that was in the room ran towards the basement for safety. While in the basement, M.S. stated that his right side began to hurt and someone told him that he was bleeding from his arm. M.S. stated that it was then that he realized he had been shot. M.S. stated that shortly thereafter, police responded to the shots fired so he told them that he had been shot. Officers recovered four, 9mm spent casings in the area of the shooting.

7.     On August 4, 2023, at approximately 8:12 pm, the MPD responded to **2443 N. Murray Ave, Milwaukee, WI 53211** (**Location #2**), for a theft of a vehicle complaint. The victim, hereinafter, K.S., stated that she is an Amazon delivery driver. K.S. stated that she arrived at 2443 N. Murray Street, at approximately **7:20 pm**, in her a 2020 Ford Explorer, white in color, bearing Wisconsin registration plates ANM3082, exited the vehicle and walked up to the apartment complex with her vehicle still running with the keys in the ignition. K.S stated that as she dropped the package off and began walking back to her vehicle, she noticed her vehicle driving off southbound on N. Murray Street. K.S. stated that she observed a white colored sedan following her vehicle but did not see who had taken her car.

8.     A witness also observed a white sedan, with a black female driver, parked near the Ford Explorer before the vehicle theft. Due to the vehicle having a GPS tracking device, the vehicle was located and recovered shortly after the theft at a gas station located at **3115 W Fond du Lac Ave, Milwaukee, Wisconsin** (**Location #3**). Multiple items not belonging to the victim were recovered from inside the Ford Explorer; those items included two cell phones, two empty soda bottles, a phone charger, and a screwdriver. Surveillance video from the gas station shows a white

3

Ford Explorer parked at the gas station at **8:08pm**. The driver was a black male, 17-21 years old, medium build, 5'10", wearing a light brown hoodie, red Adidas jogging pants, and slides. Passenger #1 was a black, male, approximately 17-21-year-old, thin build 5'10", wearing a black hoodie, black pants, and black Adidas slides. Passenger #2 was a black male, approximately 17-21 years old, thin build 5'10", wearing a black tank top, black pants, and brown slides. Passenger #3 was a black male, approximately 17-21 years old, thin build, black hoodie, light wash blue jeans, and black Jordan 12's. The driver of the vehicle was seen with a black handgun with an extended magazine concealed in the pocket of his hoodie. At **8:22 pm**, the driver and rear passenger are observed returning to the gas station store and the rear passenger is observed retrieving an item from the vehicle. Fingerprints recovered from inside the vehicle were a match for the following individuals: DAQUAN O. HENDERSON, dob: XX/XX/2005, and ELLIAUNTE WILLIAMS, dob: XX/XX/2004. Upon review of the surveillance video, the MPD was able to identify the driver of the stolen Ford Explorer as WILLIAMS, and the rear driver's side passenger as HENDERSON.

9.      On August 5, 2023, at approximately 10:20 pm, the MPD responded to an armed robbery/carjacking at 1534 N. Farwell Avenue, Milwaukee, Wisconsin. The victim, hereinafter A. M., and two others, J.B. and K.B., were sleeping in the back of his 2018 Hyundai Accent, blue in color, bearing temporary Wisconsin registration plate V59945U and VIN 3KPC24A36JE030765, parked in a parking lot located at **1534 N. Farwell Avenue (Location #4)**, when they were awoken by an unknown suspect tapping on the passenger window with a semi-automatic handgun with a laser beam attached underneath the barrel.   MPD reports indicate that this occurred at approximately **9:15 PM**.  The victim stated that the suspect yelled, "Get the fuck out!" The suspect opened the rear passenger side door and yelled again for everyone to wake up. The subject was

4

described as a black male subject, approximately 25-35 years old, 6'1"-6'2", approximately 140-160 pounds, skinny build, wearing a black balaclava mask, dark hooded sweatshirt, and dark color jeans. A.M. stated that they all exited the vehicle at the demand of the armed suspect and observed the suspect enter the driver's seat of his vehicle. A.M. stated that after exiting, he observed a black unknown make/model SUV parked in front of his vehicle, blocking his vehicle IN, driven by a black male with a dark skin complexion and dread locks. A.M. then observed the black SUV drive out of the parking lot with his vehicle following directly behind it.

10.      Due to A.M.'s cell phone being left inside the vehicle, A.M. was able to track his vehicle and on August 5, 2023, at approximately 10:09 pm, MPD officers located the 2018 blue Hyundai Accent parked in the driveway of 7232 W. Fairmount Avenue. Contact with the homeowner was made, however, the homeowner had no idea why the vehicle was parked in her driveway. Fingerprints recovered from the vehicle were a match for the following individuals: ADRIAN C. MILLER, dob XX/XX/1982 and HENDERSON

11.      On August 5, 2023, at approximately 10:10 pm, the MPD responded to a vehicle theft at **2XXX E. Linnwood Avenue, Milwaukee, Wisconsin (Location #5)**. Upon arrival, officers spoke to the victim, hereinafter, S.D. S.D. stated that he got home around **9:45-10:00 pm** and walked to his vehicle, a White, 2013 Ford Fiesta, WI Plate#: ASL7139, VIN#: 3FADP4TJ1DM215324, to place some packages into his vehicle which was parked on the opposite side of the street, just west of the residence. S.D. stated that as he was crossing the street, he observed two subjects walking westbound on the opposite side of the street. S.D. stated that he opened his vehicle door and was placing the packages inside his car, when Subject 1, described as a black male, 20-25 years old, approximately 5'10"-6'0", with a thin build, dark complexion, fuzzy, full-face black ski mask, black sweatshirt, dark clothing, and armed with a black handgun,

5

stated "what's up buddy?" S.D. stated that he stated back "what's up" and continued to manually lock his car door from the driver's side. S.D stated that when he turned around, the two subjects were standing behind him. S.D. stated that Subject 1 stated "Give me your keys." S.D. stated that he did not want to get hurt so he complied with the subject's demand. S.D. stated that the second subject, which he described as a black, male, approximately 20-25 years old, approximately 5'10"-6'0", with a thin build, a dark complexion, wearing a shiny black, full-face ski mask, black sweatshirt, dark clothing, armed with a black handgun, stated "don't make me blow this and have to shoot you". S.D stated that he put his hands in the air and began to walk away from the subjects. S.D stated that Subject 1 got into the driver's seat and Subject 2 entered the passenger seat of his vehicle, and they fled eastbound.

12.    On August 6, 2023, at 12:21 am, JAHZIR COLLINS, dob: XX/XX/2007, was taken into custody driving the vehicle with severe accident damage. COLLINS stated that he got the vehicle from an individual named "Damion" and did not know that the vehicle had been stolen. The vehicle was processed for latent fingerprints and came back as a match to COLLINS.

13.    On August 7, 2023, at approximately 2:29 pm, MPD officers responded to 4200 N. Sherman Blvd, Milwaukee, Wisconsin, for a shooting complaint. Officers located the victim, hereinafter, G.B., with a gunshot wound to his left shoulder. G.B. was conveyed to Froedtert Hospital for his injuries. Following treatment, G.B spoke to officers regarding the incident. G.B stated that on August 7, 2023, at approximately **2:25 pm**, he was walking near his residence to the Citgo Gas Station that is on Sherman Blvd and W. Capital Drive. G.B. stated that as he was walking on the sidewalk (near **4302 W. Marion Street – Location #6**), he was approached by four unknown subjects. G.B. described the subjects as black males, all approximately 18-22 years old. G.B. stated that Subject 1 was wearing all black clothing and armed with a handgun. BROWN

6

stated that the subjects walked up to him and one of the subjects stated "Give it all up" while pulling a handgun out of his backpack. G.B. stated that he immediately started running towards "the projects" and he heard multiple gun shots. When he looked back, he observed the subjects shooting at him. G.B. stated that he was struck on the shoulder but was able to run back to his building where someone called an ambulance. G.B. stated that while he was running, he lost his red Android cell phone and his Reebok gray/white tennis shoe.

14.     A witness to the incident, D.C., stated that victim, G.B., was observed firing a single gunshot in the direction of the four subjects and then the four subjects fired back at the victim in return. Another witness, J.S., also confirmed the D.C.'s statement.

15.     On scene, officers recovered (1) .22 cal casing and (12) 9mm casings. The cell phone of the victim, as well as one white tennis shoe was also recovered.

16.     On August 9, 2023, at approximately 8:02 pm, MPD officers responded to a theft of auto complaint at the Double Dutch Hotel, located at **817 N. Marshall Street, Milwaukee, Wisconsin (Location #7)**. There, officers located the victim, hereinafter E.R., who stated that she parked her blue 2018 Hyundai Elantra, bearing IL plate BZ57241, in the lot directly south of the hotel at 4:20 pm. E.R. stated that when she returned to her vehicle at approximately 8:00 pm, she discovered that her vehicle was no longer there and there was broken glass at the scene.

17.     A review of hotel surveillance footage revealed the vehicle was taken at approximately **5:54 PM** on August 9, 2023**.**

18.     The vehicle was recovered on August 13, 2023, by the Wauwatosa Police Department in the area of 5227 W. Meinecke Avenue, Milwaukee, while they were in the area looking for a suspected OWI driver that had left the City of Wauwatosa, heading towards Milwaukee. The vehicle was observed with the driver's side window smashed, damage to the

steering column in the interior of the vehicle and minor body damage to the exterior of the vehicle on the passenger side, The MPD then towed to vehicle for processing.

19. On August 10, 2023, at approximately **3:30 pm**, MPD Officers responded to a shooting complaint at **5303 W. Center Street, Milwaukee, Wisconsin (Location #8)**. The victim, identified as K.H., suffered 14 gunshot wounds to the entirety of his body and was pronounced deceased on scene. Several surveillance videos were recovered from the area which depicted the fatal shooting. Specifically, the video footage from Super Options, located at 5331 W. Center Street, captured the incident in high definition color. A review of that video footage was conducted and the suspect vehicle was observed to be a blue Hyundai Elantra, bearing IL plate BZ57241 (associated to the stolen vehicle that occurred on August 9, 2023 listed above, at **Location #7**). The suspect vehicle was observed pulling behind a FedEx truck and appeared to stop in the middle of N. 54th Street, just north of W. Center Street. The suspect, seated in the front passenger seat, is observed to be a black, male, with a thin build, wearing a "poo shiesty" mask, a tan zip up "Amos" hooded sweatshirt, black shirt, black pants with a gray stripe, and orange "Yeezy" shoes, armed with a handgun in his right hand, a tattoo on his right forearm, and is seen exiting the vehicle. The passenger leaves the door open and the driver slowly drives forward. The front passenger is then observed walking back to the front passenger seat and re-enters the vehicle. The vehicle then continues north. The suspect auto is then observed traveling eastbound on W. Center Street from N. 54th Street, then drives north on N. 54th Street. The suspect auto is then observed turning eastbound into the alley to the north of W. Center Street, out of view. The suspect, wearing the same clothes as described above, is then observed running south across the intersection of N. 53rd and W. Center Streets, runs, raises his hand, and begins to shoot several times. The suspect then

runs north back across N. 53rd and W. Center Street, out of camera view. The gunfire can also be heard on the surveillance video.

20.     The Hyundai Elantra bearing IL place BZ57241 which was taken from **Location #7** and used in the **Location #8** homicide was processed for latent fingerprints on August 13, 2023, following the vehicle recovery. On August 15, 2023, it was determined that the latent fingerprints recovered from the vehicle were a match to HENDERSON.

21.     On August 20, 2023, at approximately 2:28 pm, MPD officers responded to 2130 N. 55th Street, Milwaukee, Wisconsin, for an armed robbery complaint. The victim, hereinafter C.J., stated that she was a Papa John's delivery driver and she had been delivering a pizza order when she was robbed by two suspects at gunpoint. C.J. stated that the food was ordered at 1:51 pm using the telephone number **414-865-0528** by a subject that identified themselves as "**Johnny Johnson**". The order was to be delivered to 2638 N. 53rd Street, Apartment #4, and arrive at 2:25 pm. J.C. stated that she left Papa John's in West Allis at approximately 2:08 pm to deliver the food. At **2:25 pm**, J.C. called the order number and a male subject answered the phone. J.C. told the subject that she was at the delivery location. The subject on the phone then changed the delivery location to **2340 N. 53rd Street (Location #9).** J.C. then drove to the new delivery location. Once, J.C. arrived at the new location, she parked mid-block on the west side of the street. J.C carried two red Papa John's food delivery bags to the front cement porch of 2340 N. 53rd Street. While J.C. was standing on the porch, two subjects approached from the north on the sidewalk on the east side of the street. One of the subjects stated "Over here!". J.C. then walked off the porch onto the sidewalk towards the subjects, who were still walking towards her. Subject 1, described as a black, male, late teens – early 20s, approximately 5'7"-5'8", with a thin build, short black hair, shirtless, wearing a black athletic pants with white stripes, armed with a small gray handgun in his

front waistband, asked J.C. if she had any change. J.C. took out $20 in US currency that belonged to Papa John's. Suspect 1 stated "I'll take that" and tried to take the two bags of food and money from J.C. while holding a small gray handgun. The food had not yet been paid for and J.C. got into a struggle with Subject 1 over the food and money. While struggling with Subject 1, Subject 2, described as a black male, late teen- early 20s, approximately 5'9"-6'0", wearing a black ski mask (with only eyes and nose exposed) and armed with an unknown handgun in his front waistband, began to produce the handgun from his front waistband. Once the suspect pulled the firearm, J.C. stopped struggling with suspect 1 for the food and money. The suspects then fled northbound on foot, then eastbound through a gangway north of 2350 N. 53rd Street.  A witness of the incident also confirmed J.C.'s statement as well as the subject's descriptions.

22.    Through open source databases, investigators were able to determine that the service provider associated to the telephone number **414-865-0528** was TextNow. It was also determined that the telephone number was associated to a CashApp account that was owned by ANTARION HASSEL, dob: XX/XX/2007.

23.    On August 24, 2023, at approximately 7:53 pm, MPD detectives responded to an armed robbery/carjacking complaint at 1921 N. 59th Street, Milwaukee, Wisconsin.  Upon arrival, detectives spoke with the victim, hereinafter M.A.. M.A. stated that he was an Amazon delivery driver and he was delivering Amazon packages using his personal vehicle, a white 2002 Rav 4, bearing WI plate#: ALY-5734, VIN: 2T3P1RFV6LW097904, with his 9-year-old daughter in the rear passenger seat of the vehicle. M.A. stated that on August 24, 2023, at approximately **7:50 pm**, he parked his vehicle facing southbound in front of **1818 N. 59th Street (Location #10)** to deliver a package. A.M. stated that he left his vehicle running, exited the vehicle and walked up to the residence. M.A. stated that after making the delivery, he was returning to his Rav 4, when he

10

observed the suspect vehicle, a small, white, 4-door sedan, with front bumper damage, stopped in the middle of N. 59ᵗʰ Street, next to his Rav 4. M.A. stated that he ran in front of the suspect vehicle and observed Suspect 1, described as a black male, 20-30 years old, approximately 5'7"-5'8", with a slim build, medium brown complexion, and a 3" afro hairstyle, seated in the driver's seat of his vehicle and Suspect 3, described as a black male, 20-30 years old, seated in the front passenger seat of his vehicle. M.A stated that he lunged into the rolled down front driver window and hung onto the steering wheel and the window sill because his daughter was still inside the vehicle. M.A. stated that he told the suspects "Please give me my daughter and take the car!". M.A. stated that Suspect 1 began to drive away and refused to stop the vehicle to let his daughter out. M.A. stated that while he was hanging on, Suspect 2, described as a black, male, 20-30 years old, wearing a hat, who was driving the suspect vehicle, struck him in the back of his right leg two times with the suspect vehicle, causing him to fall off the Rav 4, leaving him hanging onto the hood and the front driver mirror. M.A stated that he begged the suspect multiple times to stop and give him his daughter.

24.     M.A stated that Suspect 2, told M.A. to "get down from the car" and pointed a black semi-automatic handgun at him which had an extended magazine. M.A. stated that Suspect 2 then fired one shot at him causing M.A. to release his grip and fall from the vehicle. M.A stated that once he fell off the vehicle, he realized that his daughter had already jumped out of the vehicle a short time before the gunshot. M.A. stated that he then observed his vehicle continue to drive away. M.A. stated that there were additional Amazon packages inside of the stolen vehicle but he had the key fob to the vehicle still in his pocket.

25.     On August 25, 2023, at approximately 7:53 pm, a witness interview was conducted. The witness, hereinafter, C.H. confirmed M.A.'s statement and stated that when he observed the

Rav 4 vehicle being driven away by Subject 1, he realized that the vehicle belonged to the Amazon driver. C.H. stated that he observed the victim run back to his vehicle yelling "my daughter!" C.H. also stated that he heard two gunshots after the vehicles were down the hill on 59th Street out of his view.

26.     MPD officers recovered a single 9mm casing during their scene investigation.

27.     On August 25, 2023, at approximately 2:32 pm, the victim vehicle, a white 2002 Rav 4, was recovered parked behind 2355 N. 52nd Street, Milwaukee. The vehicle was processed for latent prints and returned as a match to ANTARION F. HASSEL.

28.     On August 25, 2023, at approximately 12:30 pm, a victim, hereinafter F.C., walked into the MPD District 3 Station, to report an armed robbery complaint. F.C. stated that she was a delivery driver for Domino's Pizza and she had a delivery for the address of 2402 N. 54th Street, Milwaukee, Wisconsin, placed by an individual that identified himself as "**James Johnson**" with the telephone number **414-867-4800**. F.C. stated that the order had been placed at 11:32 am and at approximately **12:15 pm**, F.C. drove to the address of **2402 N. 54th Street (Location #11)** to deliver two large pizzas.

29.     F.C. stated that she parked her personal vehicle, 2010 Maroon/Burgundy, four-door Chevrolet Equinox, bearing Wisconsin plate AFF-1003, on the east side of 54th Street directly in front of the residence. F.C. stated that she called the phone number used to place the order, however, there was no answer. F.C. stated that she then exited her vehicle, leaving her vehicle running, and knocked several times at the front door. F.C. stated that following no answer, F.C. turned to return to her vehicle, and observed two subjects standing at the base of the porch. F.C. stated that Subject 1 was described as a black, male, approximately 16-20 years old, approximately 5'11"-6'0" with a skinny build, a light brown complexion, wearing a black face mask, a black

12

hooded sweatshirt, black pants, armed with a black semi-automatic hand gun. F.C. described subject 2 as a black, male, approximately 16-20 years old, approximately 5'11, approximately 150 pounds, with a skinny build, a light brown complexion, wearing a white hooded sweatshirt with designs on it, black pants, armed with a black revolver styled handgun. F.C. stated that Suspect 1 pointed his firearm at her and stated "Gimme the pizza". F.C. stated that she handed the subject the pizza bag and Subject 1 removed the two pizzas and threw the black pizza bag to the ground. F.C. stated that Suspect 2 then approached her and stated "Gimme this" while taking her gold watch off of her left wrist. F.C. stated that Suspect 2 also stated "We taking your car too" while entering the driver's seat of her vehicle. F.C. stated that she told Suspect 2 that he "better not" take her car because it had GPS tracking on it. F.C. stated that Suspect 2 immediately exited her vehicle and the two suspects ran eastbound on W. Meinecke Avenue on foot towards N. 53rd Street. F.C. stated that she then got into her vehicle and also drove eastbound on W. Meinecke Avenue towards N. 53rd Street. F.C. stated that upon reaching the corner of N. 53rd Street and W. Meinecke Avenue, she observed the two suspects standing in the street in the 2300 block of N. 53rd Street. F.C. stated that upon seeing them, Suspect 1 pointed his firearm at her vehicle, and fired one shot at her as she drove away. F.C. stated that she continued eastbound on W. Meinecke Avenue, away from the scene and immediately drove directly to the District 3 Station to report the incident. Officers traveled to the location of the incident and located a single, spent, 9mm casing in the middle of the roadway in front of the address of 2365 N. 53rd Street.

30.     On August 25, 2023, at approximately 4:18 pm, the Marquette University Police Department responded to the 200 block of W. Wisconsin Avenue, Milwaukee, Wisconsin, for a theft of vehicle complaint. The victim, hereinafter J.F., stated that on August 25th at approximately 4:00 pm, she parked and secured her, 2017, black, Kia Sorento, bearing Illinois plate: CE29430,

in front of **2029 W. Wisconsin Avenue (Location #12)** and walked to Mashuda Hall. J.F. stated that at approximately **4:17 pm**, she was standing outside of Mashuda Hall, when she observed a subject, described as a black, male, approximately 18-20 years old, with a thin build, high afro styled hair, wearing a dark colored shirt, inside the driver's seat of her vehicle. J.F. stated that she then observed a black Kia Forte with no license plate and tinted windows, parked next to her vehicle. F.C. stated that as the Kia Forte pulled away, the subject followed in her vehicle. F.C. stated that she was also able to observe that her driver's side window had been smashed.

31.     On August 31, 2023, at approximately 1:00 pm, the 2017, black, Kia Sorento, bearing Illinois plate CE29430, was recovered at 2363 N. 10th Street by the MPD. A law enforcement check of license plate readers, placed the vehicle, repeatedly, in the area of N. Sherman Boulevard and W. Hampton Avenue. Investigators viewed publicly available social media accounts for HENDERSON as well as his associates. Investigators located a social media post from an Instagram account "brokehadtomakeaplay_" associated to TAYSHAWN MANNS, dob: XX/XX/2007, a known associate of HENDERSON. The post was from August 27, 2023 and depicted a photo with multiple individuals, including HENDERSON, HASSEL and MANNS, standing around a gray colored vehicle. In another photo, MANNS, wearing the same clothes as in the prior described photo, is depicted standing next to the gray vehicle where the hood of the vehicle can be observed. The photo displayed the Kia emblem as well as the IL plate: CE29430 (the vehicle stolen from Marquette University on August 25, 2023 at **Location #12**) clearly in the photo.

32.     On August 30, 2023, at approximately 5:30 pm a victim, hereinafter C.J., walked into the Police Administration Building to report a vehicle theft. C.J. stated that he had parked his black, four door, 2017 Kia Sorento, bearing Wisconsin plate: ACG-7680, and VIN:

14

5XYPGDA5XHG326227, at approximately 11:00 am near 2180 N. Commerce Street, Milwaukee, Wisconsin and when he returned to the location at approximately 3:00 pm, his vehicle was missing and he observed broken glass on the ground.

33.     On August 31, 2023, at approximately 1:29 pm, the West Allis Police Department was dispatched to an area flock (license plate reader) hit of the stolen Kia Sorento bearing Wisconsin plate ACG-7680. Officers checked the area and located the vehicle, stopped at a red light on S. 102nd Street at W. National Avenue. The stolen Kia Sorento fled from police following marked units attempting to initiate a traffic stop using their emergency lights and sirens. The stolen Kia Sorento disregarded red traffic lights, passed other vehicles by going into oncoming traffic for approximately 1.25 blocks, and accelerated to approximately 70 mph. The stolen Kia Sorento eventually crashed into a green Subaru that had the green light for north and southbound traffic and then continued until it crashed again in the 1300 block of S. 64th Street. Three black males fled on foot from the vehicle. Two of the three suspects were apprehended. Once of the suspects was identified as HENDERSON. While HENDERSON was fleeing from police, a witness observed HENDERSON toss a camouflage "Backwoods" satchel containing a loaded 9mm Springfield XDS pistol bearing SN: BY362658 and a black .40 caliber FNH Model FNS-40 bearing SN: GKU0000208. The second suspect was identified as SHAUNRELL D. BRISTER, dob: XX/XX/2005. Following the two suspects being taken into custody, officers also located a black Taurus G2C 9mm handgun, bearing SN: 1C150613, on the ground, in front of the stolen Kia Sorento. The third suspect successfully fled from police and is unidentified at this time.

34.     A NIBIN analysis of the spent casings, located at the scene of the shooting that occurred on July 7, 2022, at 3166 N.16th Street (**Location #1**); the shooting that occurred on August 7, 2023, at 4302 W. Marion Street (**Location #6**); the Homicide that occurred on August 10, 2023,

at 2340 N. 53rd Street (**Location #8**); the Carjacking that occurred on August 24, 2023, at 1921 N. 59th Street (**Location #10**); and the Armed Robbery that occurred on August 25, 2023, at 2402 N. 54th Street (**Location #11**); was conducted and it was determined that all of the casings had been fired from the same weapon.

35.     On August 31, 2023, I sent a preservation request to T-Mobile requesting the preservation of Timing Advance "True Call" area search data for the following locations:

**Location #2**

GPS Coordinates: 43.06245, -87.88592          Radius:  0.35 Miles

Date: August 04, 2023                                        Time: 6:50 PM – 7:50 PM (CST)


**Location #4**

GPS Coordinates: 43.05054, -87.89445          Radius:  0.35 Miles

Date: August 05, 2023                                        Time: 8:45 PM – 9:45 PM (CST)


**Location #6**

GPS Coordinates: 43.09556, -87.96732          Radius:  0.35 Miles

Date: August 7, 2023                                          Time: 1:55 PM – 2:55 PM (CST)


**Location #9**

GPS Coordinates: 43.06182, -87.97967          Radius:  0.35 Miles

Date: August 20, 2023                                        Time: 2:32 PM – 3:35 PM (CST)


**Location #10**

GPS Coordinates: 43.05497, -87.98670          Radius:  0.35 Miles

Date: August 24, 2023                                        Time: 7:20 PM – 8:20 PM (CST)

16

**Location #11**

GPS Coordinates: 43.06288, -87.98069        Radius: 0.35 Miles

Date: August 25, 2023                  Time: 11:45 AM – 12:45 PM (CST)

36.      Based on my training and experience, individuals carry their cellular phones on their person or in a very close vicinity whether it is day or night. Further, most individuals have their own cellular phones, so it is likely the subject(s) cellular phone is using and/or registering with the cellular tower providing service in the general geographic area of the crime.

37.      In my training and experience, I have learned that T-Mobile/US Cellular/AT&T/Verizon are companies that provides cellular communications service to a significant percentage of the general public. In order to provide this service, many cellular service providers maintain antenna towers ("cell towers") that serve and provide cellular service to specific geographic areas. Each cell tower receives signals from wireless devices, such as cellular phones, in its general vicinity. By communicating with a cell tower, a wireless device can transmit and receive communications, such as phone calls, text messages, and other data. When sending or receiving communications, a cellular device does not always utilize the cell tower that is closest to it. Additionally, cellular service providers such as T-Mobile also capture historical location data that is generated and derived from a cellular device's interaction with the cellular network. This information may include but not be limited to a cellular device's estimated distance from a particular cell tower and T-Mobile/US Cellular/AT&T/Verizon's network derived location of the device in latitude and longitude.

38.      Based on my training and experience, I also know that each cellular device is identified by one or more unique identifiers. For example, with respect to a cellular phone, the phone will be assigned both a unique telephone number but also one or more other identifiers such

17

as an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI"). The types of identifiers assigned to a given cellular device are dependent on the device and the cellular network on which it operates.

39.    Based on my training and experience, I know that cellular providers, such as T-Mobile/US Cellular/AT&T/Verizon, routinely and in their regular course of business maintain historical cell-tower log information, including records identifying wireless communications that were transmitted through a particular cell tower. For each communication, these records may include the telephone call number and unique identifiers for the wireless device that sent or received the communication ("the locally served wireless device"); the source and destination telephone numbers associated with the communication (including the number of the telephone that called or was called by the locally served wireless device); the date, time, and duration of the communication; the cell tower(s) that handled the communication as well as the "sectors" (i.e. the faces of the towers) that received a radio signal from the locally served wireless device; and the type of communication transmitted (such as phone call or text message).

40.    Furthermore, cellular providers such as T-Mobile/US Cellular/AT&T/Verizon in their regular course of business maintain certain types of location data associated with a cellular device based on that cellular device's interaction with the cellular network. For these interactions with the cellular network these records may include unique identifiers for the wireless device that interacted with the network ("the locally served wireless device'); the date, time and duration of the interaction with the network; the cell tower and sector (i.e. face of the tower) that was involved;

the estimated distance from the tower and sector that the cellular device was located; and the estimated latitude and longitude of the cellular device. The aforementioned location information is often contained within Timing Advance data, also known as True Call, that is captured and controlled by T-Mobile/US Cellular/AT&T/Verizon.

41. Based on my training and experience and the above facts, information obtained from cellular service providers, such as T-Mobile/US Cellular/AT&T/Verizon, reveal cell towers (and, where applicable, sectors) that were used and the estimated location information (the estimated distance from the tower and sector and estimated latitude and longitude) of a given cellular device engaged in a particular communication or interaction with the cellular network can be used to show that the device was in the general vicinity of the cell tower or an estimated location at the time the communication or network interaction occurred. Thus, the records described in Attachment A will identify the cellular devices that were in the vicinity of:

a. Location #1: 3166 N. 16th Street, Milwaukee, Wisconsin, on July 7, 2023 from approximately 9:55 pm – 10:25 pm (CST)

b. Location #2: 2443 N. Murray Avenue, Milwaukee, Wisconsin, on August 4, 2023, from approximately 7:05 pm – 7:35 pm (CST)

c. Location #3: 3115 W. Fond du Lac Avenue, Milwaukee, Wisconsin, on August 4, 2023, from approximately 7:55 pm – 8:35 pm (CST);

d. Location #4: 1534 N. Farwell Avenue, Milwaukee, Wisconsin, on August 5. 2023, from 9:00 pm – 9:30 pm (CST);

e. Location #5: 2118 E. Linwood Avenue, Milwaukee, Wisconsin, on August 5, 2023, from 9:30 pm – 10:00 pm (CST);

f. Location #6: 4302 W. Marion Street, Milwaukee, Wisconsin, on August 7, 2023, from 2:10 pm – 2:40 pm (CST)

g. Location #7: 817 N. Marshall Street, Milwaukee, Wisconsin, on August 9, 2023, from 5:40 pm – 6:10 pm (CST)

h. Location #8: 5303 W. Center Street, Milwaukee, Wisconsin, on August 10, 2023, from 3:15 pm -3:45 pm (CST)

19

i. Location #9: 2340 N. 53rd Street, Milwaukee, Wisconsin, on August 20, 2023, from 2:10 pm – 2:40 pm (CST)

j. Location #10: 1921 N. 59th Street, Milwaukee, Wisconsin, on August 24, 2023, from 7:35 pm – 8:05 pm (CST);

k. Location #11: 2402 N. 54th Street, Milwaukee, Wisconsin, on August 25, 2023, from 12:00 pm – 12:30 pm (CST)

l. Location #12: 2029 W. Wisconsin Avenue, Milwaukee, Wisconsin, on August 25, 2023, from 4:00 pm – 4:30 pm (CST)

42.     Your affiant believes it is likely that HENDERSON and other suspects are involved in and therefore present at a large number or all of the above listed dates and locations. Obtaining the requested evidence of which cell phones were present at each or most of the above mentioned crime scenes will be valuable in this investigation.

43.     Specifically, the casing recovered from Locations #1, #6, #8, #10 and #11 were determined to be fired from the same weapon. Location #9 was linked to these other incidents due to this incident's extreme similarity to what happened at Location #11 as well as HASSEL's association to HENDERSON and the telephone number association to HASSEL's CashApp account. HENDERSON and HASSEL are also linked to Location #12 after appearing in an Instagram post featuring the stolen vehicle two days after it was taken. Location #5 was linked to all other Locations due to its similarity in date and location to the other car thefts. Finally, HENDERSON is linked to locations #2, #3, #4, and #7 by his fingerprints being located within the recovered stolen vehicles.

44.     Therefore, probable cause exists to believe that the records requested contain evidence related to identifying the telephone number(s) associated to HENDERSON, as well as other suspects, involved in the Hobbs Act Robberies that occurred between July 7, 2023, and

20

August 31, 2023, in violation of Title 18 U.S.C. § 1951(a) Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing a Firearm during a Crime of Violence.

## AUTHORIZATION REQUEST

45.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to title 18 U.S.C. §2703(c) and Federal Rule of Criminal Procedure 41.

46.     I further request that the Court direct T-Mobile/US Cellular/AT&T/Verizon to disclose to the government any information described in Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile/US Cellular/AT&T/Verizon, who will then compile the requested records at a time convenient to it, reasonable cause to permit the execution of the requested warrant at any time in the day or night.

47.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

## ATTACHMENT A

## Property to Be Searched

This warrant applies to a Timing Advance "True Call" area search for all records and unique device/user identifiers pertaining to Timing Advance location information during the following listed dates, times, and geographical boundaries (*distance from the GPS points*):

**Location #1**

GPS Coordinates: 43.07650, -87.93080          Radius:  0.35 Miles
Date: July 7, 2023                                          Time: 9:55 PM – 10:25 PM (CST)


**Location #2**

GPS Coordinates: 43.06245, -87.88592          Radius:  0.35 Miles
Date: August 04, 2023                                   Time: 7:05 PM – 7:35 PM (CST)


**Location #3**

GPS Coordinates: 43.07195, -87.95374          Radius:  0.35 Miles
Date: August 04, 2023                                   Time: 7:55 PM – 8:35 PM (CST)


**Location #4**

GPS Coordinates: 43.050541, -87.89445        Radius:  0.35 Miles
Date: August 05, 2023                                   Time: 9:00 PM – 9:30 PM (CST)


**Location #5**

GPS Coordinates: 43.07323, -87.88349          Radius:  0.35 Miles
Date: August 5, 2023                                     Time: 9:30 PM – 10:00 PM (CST)


**Location #6**

GPS Coordinates: 43.09556, -87.96732          Radius:  0.35 Miles
Date: August 7, 2023                                     Time: 2:10 PM – 2:40 PM (CST)

1

**Location #7**

GPS Coordinates: 43.04206, -87.90102         Radius:  0.35 Miles
Date: August 9, 2023         Time: 5:40 pm – 6:10 pm (CST)

**Location #8**

GPS Coordinates: 43.06800, -87.98010         Radius:  0.35 Miles
Date: August 10, 2023         Time: 3:15 PM – 3:45 PM (CST)

**Location #9**

GPS Coordinates: 43.06182, -87.97967         Radius:  0.35 Miles
Date: August 20, 2023         Time: 2:10 PM – 2:40 PM (CST)

**Location #10**

GPS Coordinates: 43.05497, -87.98670         Radius:  0.35 Miles
Date: August 24, 2023         Time: 7:35 PM – 8:05 PM (CST)

**Location #11**

GPS Coordinates: 43.06288, -87.98069         Radius:  0.35 Miles
Date: August 25, 2023         Time: 12:00 PM – 12:30 PM (CST)

**Location #12**

GPS Coordinates: 43.03838, -87.93888         Radius:  0.35 Miles
Date: August 20, 2023         Time: 4:00 PM – 4:30 PM (CST)

## ATTACHMENT B

### Items and Information to Be Seized and Searched

All information that constitutes evidence of violations of 18 U.S.C. §§ 1951(a) and 924(c) committed on\between July 7, 2023, and August 31, 2023, involving multiple unknown individuals, including location information, and identifying information as specified below.

1. T-Mobile/US Cellular/AT&T/Verizon shall provide responsive data for each search area described in Attachment A, and are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made and all cellular device interactions with the network that have generated location information that falls within the defined search area during the corresponding timeframe(s) listed in Attachment A, including records that identify:

   a. The unique identifiers for each wireless device that generated a Timing Advance "true call" record within the search area for each location, including International Mobile Subscriber Identifiers ("IMSI", International Mobile Equipment ("IMEI"), and the make and model of the device;

   b. The starting and ending date/time of the connection along with the duration;

   c. For each communication with the network, the tower and the sector(s) (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device for both starting and ending points of the communication;

   d. The service type for the communication; and;

   e. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of

3

the communication contained within the Timing Advance "True Call" records.

2. These records should include records about communications and cellular device interactions with the network that were initiated before or terminated after the timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

3. It is anticipated that identifying information will be requested for devices whose characteristics meet any of the following criteria:

   a.  Devices whose cellular network records; including distance from the tower and/or network derived latitude and longitude; are consistent with the facts of the investigation and would not solely reflect a device passing through.

4. However, it is noted that no subscriber information outside the initial search criteria is authorized by this warrant and additional legal process will be submitted.